# Court of Appeals
## Tenth Appellate District of Texas

10-25-00176-CR

Keya Thompson,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
52nd District Court of Coryell County, Texas
Senior Judge Roy Sparkman, presiding
Trial Court Cause No. 20-26253

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Keya Thompson attempts to appeal convictions for continuous sexual assault of a child under the age of 14, sexual assault of a child, and indecency with a child. The certificate of right to appeal in each cause number indicates that Thompson has waived the right to appeal. By letter dated June 11, 2025, the Clerk of this Court advised Thompson that this appeal would be dismissed because it appears that the right to appeal had been waived unless a response

was received showing that Thompson did not waive the right to appeal. No response was filed.

Because the trial court's certificate of right to appeal signed by Thompson indicates that Thompson has waived the right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, this appeal is dismissed.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  July 3, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do not publish
CRPM

